## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LELIA WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:16CV41 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SUBWAY, DOUGLAS K. LIPPOLD, | ) | |
| and DOES 1-5 INCLUSIVE, | ) | |
| | ) | |
| Defendants. | ) | |

This case is before the court concerning the parties' Rule 26(f) planning report which was due on April 28, 2016.

**IT IS ORDERED:** The parties are directed to meet and confer and file their jointly prepared Rule 26(f) planning report by **Wednesday, May 25, 2016.**

Dated this 19th day of May 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge