IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LELIA WHITE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SUBWAY, DOUGLAS K. LIPPOLD, AND DOES 1-5, Inclusive;<br><br>　　　　　　Defendants. | **8:16CV41**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the Stipulation of Plaintiff and Defendants for dismissal of the captioned matter with prejudice. The Court, being fully advised in the premises, finds that the Stipulation should be granted.

**IT IS THEREFORE ORDERED,** that the captioned matter should be, and hereby is, dismissed with prejudice, with each party to bear her/its own costs.

Dated this 30th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ *Robert F. Rossiter, Jr.*
　　　　　　　　　　　　　　　　　　　　United States District Judge